MARY NAGY, as Administratrix of the Estate of EDWARD NAGY, Deceased, Appellant, v. STATE OF NEW YORK, Respondent.— Same decision and like cause of action as in companion case of *Ziehm* v. *State of New York* (*ante*, p. 876, decided herewith). Present — Taylor, P. J., Dowling, Harris, Larkin and Love, JJ.

WILLIAM C. RAMSEY, Appellant, v. STATE OF NEW YORK, Respondent.— Same decision and like cause of action as in companion case of *Ziehm* v. *State of New York* (*ante*, p. 876, decided herewith). Present — Taylor, P. J., Dowling, Harris, Larkin and Love, JJ.

ALBERT C. KAUFMAN, Appellant, v. STATE OF NEW YORK, Respondent.— Same decision and like cause of action as in companion case of *Ziehm* v. *State of New York* (*ante*, p. 876, decided herewith). Present — Taylor, P. J., Dowling, Harris, Larkin and Love, JJ.

In the Matter of LESTER HAYES et al., Respondents, against RUDOLPH RIBBECK, Appellant.— Final order affirmed, with costs. All concur. (The final order grants a petition for a precept requiring defendant to remove from the premises in question.) Present — Taylor, P. J., Dowling, Harris, McCurn and Larkin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. LEO FELLMAN, Appellant, against JOHN F. FOSTER, as Warden of Auburn State Prison, Respondent.— Order affirmed, without costs of this appeal to either party. All concur. (The order dismisses a writ of habeas corpus and remands relator into the custody of the defendant.) Present — Taylor, P. J., Dowling, Harris, McCurn and Larkin, JJ. [See *post*, p. 978.]

MARY E. O'BRIEN, as Administratrix of the Estate of AGNES J. O'BRIEN, Deceased, Appellant, v. State of New York, Respondent.— Judgment affirmed, without costs of this appeal to either party. All concur. (The judgment dismisses a claim for damages for the death of claimant's intestate, alleged to have resulted by reason of her falling over a ledge in a State park.) Present — Taylor, P. J., Harris, McCurn, Larkin and Love, JJ.